UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TAYLOR MORRISON, INC., et al.,**

    **Plaintiffs,**

v.                                          Case No.: 8:10-CV-1347-T-33EAJ

**AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,**

    **Defendant.**
_____/

**ORDER**

Before the court is the **Unopposed Motion for Substitution of Counsel** (Dkt. 71) filed by Ellen Novoseletsky, Esq. of Hicks, Porter, Ebenfeld & Stein, P.A. on behalf of Defendant. Although Ms. Novoseletsky states that her motion is unopposed, neither the motion nor the certificate of service indicates whether Defendant was provided with ten days notice as required by Local Rule 2.03(b), M.D. Fla.

Accordingly and upon consideration, it is **ORDERED AND ADJUDGED** that:

(1)    Defendant's **Unopposed Motion for Substitution of Counsel** (Dkt. 71) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Tampa, Florida this 25th day of June, 2010.

ELIZABETH A. JENKINS
United States Magistrate Judge