UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO. 8:10-CV-1347-T-33EAJ DATE February 1, 2011

TITLE Taylor Morrison v. AM Int'l Specialty Lines Inc. Co.

TIME 11:16 - 11:50 TOTAL

Honorable ELIZABETH JENKINS Deputy Clerk Cathy Morgan

Court Reporter/Tape Digital Courtroom 11A

Attorney for Plaintiff: Neil Sivyer, Esq.
Attorney for Defendant: Paul Smolinski, Esq.
Defendant(s):

Jeffrey Masters, Esq. - appeared by telephone
Patrick McGovern, Esq. - appeared by telephone

**PROCEEDINGS:**

**DISCOVERY HEARING**

Plaintiff briefs court on the status of the Chinese drywall repairs. Defendant argues in favor of the discovery requested. Court directs parties to file a stipulation regarding the agreement made for discovery. Parties shall file another motion should any other discovery issues arise.