**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TAYLOR MORRISON, INC., f/k/a Taylor
Woodrow, Inc., a Delaware corporation;
TAYLOR MORRISON SERVICES, INC.,
f/k/a Morrison Homes, Inc., a Delaware
corporation; TAYLOR WOODROW
COMMUNITIES AT VASARI, L.L.C.,
a Florida limited liability company; TAYLOR
MORRISON OF FLORIDA, INC., f/k/a       Case No. 8:10-cv-01347-VMC-EAJ
Taylor Woodrow Homes Florida Inc., a Florida
corporation; and TAYLOR WOODROW
HOMES – SOUTHWEST FLORIDA DIVISION,
LLC, a Florida limited liability company,

        Plaintiffs,

vs.

CHARTIS SPECIALTY INSURANCE
COMPANY, f/k/a American International
Specialty Lines Insurance Company, an Illinois
corporation,

        Defendant.
_____/

**NOTICE OF SETTLEMENT**

      Pursuant to Local Rule 3.08, Plaintiffs, Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, L.L.C., Taylor Morrison of Florida, Inc., f/k/a Taylor Woodrow Homes Florida Inc., and Taylor Woodrow Homes – Southwest Florida Division, LLC (collectively, "Taylor Morrison"), by and through their undersigned attorneys, hereby give notice that Taylor Morrison reached a settlement with Defendant, Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company, as to this action, and will file a Joint

Case 8:10-cv-01347-VMC-EAJ Document 150 Filed 09/07/11 Page 2 of 3 PageID 3119

Stipulation for Dismissal of their claims herein against each other, with prejudice as to certain claims and without prejudice as to other claims, with each party to bear its own fees and costs, no later than October 3, 2011.

/s/ Stephen E. Walker
Neal A. Sivyer
Florida Bar No. 373745
Email: NSivyer@sbwlegal.com
Stephen E. Walker
Florida Bar No. 0497851
Email: SWalker@sbwlegal.com
SIVYER BARLOW & WATSON, P.A.
401 East Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598

and

Jeffrey D. Masters
California State Bar No. 94122
E-mail: JMasters@coxcastle.com
Patrick M. McGovern
California State Bar No. 208977
Email: PMcGovern@coxcastle.com
COX, CASTLE & NICHOLSON, LLP
2049 Century Park East, 28th Floor Los Angeles, California 90067-3284
Telephone: (310) 277-4222
Facsimile: (310) 277-7889

*Attorneys for Plaintiffs*
*Taylor Morrison, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc. and Taylor Woodrow Communities at Vasari, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 7, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Cindy L. Ebenfeld, Esq.
Ellen Novoseletsky, Esq.
Hicks, Porter, Ebenfeld & Stein, P.A.
11011 Sheridan Street, Suite 104
Cooper City, FL 33026
Tel: (954) 624-8700
Fax: (954) 624-8064
cebenfeld@mhickslaw.com
enovoseletsky@mhickslaw.com

Warren Lutz, Esq.
Paul D. Smolinsky, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W., Suite 300
Washington, DC 20036
Tel: (202) 457-1600
Fax: (202) 457-1678
wlutz@jackscamp.com
psmolinsky@jackscamp.com
*Counsel for Chartis Specialty Insurance Company*

/s/Stephen E. Walker
Attorney