UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAYLOR MORRISON, INC., f/k/a Taylor
Woodrow, Inc., a Delaware corporation;
TAYLOR MORRISON SERVICES, INC.,
f/k/a Morrison Homes, Inc., a Delaware
corporation; TAYLOR WOODROW
COMMUNITIES AT VASARI, L.L.C.,
a Florida limited liability company; TAYLOR
MORRISON OF FLORIDA, INC., f/k/a
Taylor Woodrow Homes Florida Inc., a Florida
corporation; and TAYLOR WOODROW
HOMES – SOUTHWEST FLORIDA DIVISION,
LLC, a Florida limited liability company,

Case No. 8:10-cv-01347-VMC-EAJ

   Plaintiffs,

vs.

CHARTIS SPECIALTY INSURANCE
COMPANY, f/k/a American International
Specialty Lines Insurance Company, an Illinois
corporation,

   Defendant.
_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, L.L.C., Taylor Morrison of Florida, Inc., f/k/a Taylor Woodrow Homes Florida Inc., and Taylor Woodrow Homes – Southwest Florida Division, LLC (collectively, "**Taylor Morrison**"), and Defendant, Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company, ("**Chartis**") by and through their undersigned counsels, in the above numbered and entitled action, and pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby gives notice of their Joint Notice of Voluntary Dismissal of their claims herein against each other related to this

action, Taylor Morrison dismisses its claims in this action with prejudice to the extent they concern indemnity under the insurance policies at issue for property damage as to the settled homes and without prejudice to the extent they concern indemnity under the insurance policies at issue for bodily injury, with each party to bear its own fees and costs.

| | |
|---|---|
| /s/ Cindy L. Ebenfeld<br>Cindy L. Ebenfeld, Esq.<br>Florida Bar No. 0980579<br>Ellen Novoseletsky, Esq.<br>Florida Bar No. 0147613<br>Hicks, Porter, Ebenfeld & Stein, P.A.<br>799 Brickell Plaza, Suite 900<br>Miami, FL 33131<br>Tel: (305) 374-8171<br>Fax: (305) 372-8038<br><br>and<br><br>Warren Lutz, Esq.<br>D.C. Bar No. 400374<br>Paul D. Smolinsky, Esq.<br>D.C. Bar No. 459711<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W., Suite 300<br>Washington, DC 20036<br>Tel: (202) 457-1600<br>Fax: (202) 457-1678<br>*Counsel for Chartis Specialty Insurance Company* | /s/ Neal A. Sivyer<br>Neal A. Sivyer<br>Florida Bar No. 373745<br>Email: NSivyer@sbwlegal.com<br>Stephen E. Walker<br>Florida Bar No. 0497851<br>Email: SWalker@sbwlegal.com<br>SIVYER BARLOW & WATSON, P.A.<br>401 East Jackson Street, Suite 2225<br>Tampa, Florida 33602<br>Telephone: (813) 221-4242<br>Facsimile: (813) 227-8598<br><br>and<br><br>Jeffrey D. Masters<br>California State Bar No. 94122<br>E-mail: JMasters@coxcastle.com<br>Patrick M. McGovern<br>California State Bar No. 208977<br>Email: PMcGovern@coxcastle.com<br>COX, CASTLE & NICHOLSON, LLP<br>2049 Century Park East, 28th Floor Los Angeles, California 90067-3284<br>Telephone: (310) 277-4222<br>Facsimile: (310) 277-7889<br>*Counsel for Plaintiffs Taylor Morrison, Inc., Taylor Morrison Services, Inc., Taylor Woodrow Communities at Vasari, L.L.C. Taylor Morrison of Florida, Inc. and Taylor Woodrow Homes – southwest Florida Division, LLC.* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Cindy L. Ebenfeld, Esq.
Ellen Novoseletsky, Esq.
Hicks, Porter, Ebenfeld & Stein, P.A.
799 Brickell Plaza, Suite 900
Miami, FL 33131
Tel: (305) 374-8171
Fax: (305) 372-8038
cebenfeld@mhickslaw.com
enovoseletsky@mhickslaw.com

Warren Lutz, Esq.
Paul D. Smolinsky, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W., Suite 300
Washington, DC 20036
Tel: (202) 457-1600
Fax: (202) 457-1678
wlutz@jackscamp.com
psmolinsky@jackscamp.com
*Counsel for Chartis Specialty Insurance Company*

/s/Neal A. Sivyer
Attorney